IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CITY OF HENDERSONVILLE, TENNESSEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0249 |
| | ) | Judge Trauger |
| AMERICAN SOUTHERN INSURANCE | ) | |
| COMPANY and MANSKER FARMS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Because the pending Motion to Remand cannot be decided before the initial case management conference scheduled for May 31, 2013, it is hereby **ORDERED** that the initial case management conference is **CONTINUED**, to be reset, if appropriate, following a decision on this motion.

It is so **ORDERED**.

ENTER this 20th day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge