## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| CITY OF HENDERSONVILLE, TENNESSEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN SOUTHERN INSURANCE ) <br> COMPANY and MANSKER FARMS, LLC, ) <br> ) <br> Defendants. ) | Civil No. 3:13-0249 <br> Judge Trauger |

### O R D E R

Because the pending Motion to Remand cannot be decided before the initial case management conference scheduled for May 31, 2013, it is hereby **ORDERED** that the initial case management conference is **CONTINUED**, to be reset, if appropriate, following a decision on this motion.

It is so **ORDERED**.

ENTER this 20th day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge