IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CITY OF HENDERSONVILLE, TENNESSEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0249 |
| | ) | Judge Trauger |
| AMERICAN SOUTHERN INSURANCE | ) | |
| COMPANY and MANSKER FARMS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The plaintiff's Motion to Award Attorney's Fees (Docket No. 17), to which no response has been filed, is well-taken and is hereby **GRANTED**, pursuant to 28 U.S.C. § 1447(c). As reflected in the Memorandum and Order entered by this court on June 26, 2013 (Docket No. 16), this case was very improvidently removed from state court, and an award of attorney's fees is entirely proper.

The requested attorney's fees are reasonable and sufficiently supported. As such, it is hereby **ORDERED** that the City of Hendersonville, Tennessee is **GRANTED** attorney's fees and expenses in the total amount of $1,647.43 against defendant American Southern Insurance Company.

It is so **ORDERED**.

ENTER this 14th day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge